IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

WALTER MITCHELL

         Plaintiff,

                                      CIVIL NO. 3:18-cv-00384

vs.

MIRAMED REVENUE GROUP, LLC

         Defendant.

## NOTICE OF VOLUNTARY DISMISSAL
## WITHOUT PREJUDICE OF COMPLAINT

Upon the agreement of Plaintiff Walter Mitchell, by counsel, and Defendant Miramed Revenue Group, LLC, by counsel, Plaintiff Walter Mitchell hereby voluntarily dismisses the Complaint [Document 1] in this action, said dismissal being without prejudice.

Respectfully submitted this  5th  day of  June , 2018

| | |
|---|---|
| SKINNER LAW FIRM | FLAHERTY SENSABAUGH BONASSO, PLLC |
| By:   /s/ Stephen G. Skinner | By:   /s/ Bryan N. Price |
| Stephen G. Skinner, Esquire<br>Attorney for Plaintiff<br>P.O. Box 487<br>Charles Town, WV 25414<br>*Counsel for Plaintiff* | Bryan N. Price, Esquire<br>Attorney for Defendant<br>P.O. Box 3843<br>Charleston, WV 25338<br>*Counsel for Defendant* |